UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NOWLIN, on behalf of himself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>O'REILLY AUTOMOTIVE STORES, INC., a Missouri Corporation; and DOES 1-100, inclusive<br><br>Defendants. | Case No. 1:26-cv-04873<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO CLASS COMPLAINT PURSUANT TO L.R. 6-1(a)**<br><br>Current Response Deadline: May 29, 2026<br>New Response Deadline: July 10, 2026<br><br>Complaint Filed: April 1, 2026<br>Removed: May 22, 2026 |

-1-

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**[PROPOSED] ORDER**

Pursuant to the Stipulation made between Plaintiff John Nowlin ("Plaintiff") and Defendant O'Reilly Automotive Stores, Inc. ("O'Reilly"), by and through their respective counsel, this Court orders as follows:

(1)    It is ORDERED that O'Reilly's time to file a responsive pleading in this action shall be extended by forty-two (42) days, up to and including July 10, 2026.

**IT IS SO ORDERED.**

Dated: ___May 28, 2026___    _____

Hon. Robert M. Illman
United States District Court Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT